IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09–23–H–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| KIMBERLY J. PALMER, | |
| Defendant, | |
| THE PORTER HOTEL, | |
| Garnishee. | |

Based upon the United States' Motion to Terminate Writ of Continuing of Garnishment (Doc. 49), advising the Court that the defendant, Kimberly Palmer, had filed Chapter 13 Bankruptcy in the District of Oregon,

IT IS ORDERED that the Writ of Continuing Garnishment is terminated.

DATED this 25 day of October, 2021.

10:55 AM.

Donald W. Molloy, District Judge
United States District Court